Stephen Coleman (State Bar #021715)
Aaron D. Arnson (State Bar #031322)
**PIERCE COLEMAN PLLC**
7730 E. Greenway Road, Suite 105
Scottsdale, AZ 85260
Tel. (602) 772-5506
Steve@PierceColeman.com
Aaron@PierceColeman.com
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Tolin Mechanical Systems, Company, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>Andrew Barr and Susan Barr, husband and wife, and Bel-Aire Mechanical, Inc., an Arizona corporation,<br><br>Defendants. | Case No: CV-17-03906-PHX-GMS<br><br>**NOTICE OF SERVICE** |

Defendants hereby provide notice that the parties have reached a settlement in principle in this matter. The parties require additional time to complete all settlement document, and anticipate filing a stipulation for dismissal with prejudice within 30 days.

RESPECTFULLY SUBMITTED this 21ˢᵗ day of June 2018.

        **PIERCE COLEMAN PLLC**

        By /s/Stephen B. Coleman
          Stephen Coleman
          Aaron D. Arnson
          7730 E. Greenway Road, Suite 105
          Scottsdale, Arizona 85260
          *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2018, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing, causing a copy to be electronically transmitted to the following ECF registrants:

Douglas (Trey) Lynn
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
2415 East Camelback Road, Ste. 800
Phoenix, Arizona  85016
*Attorneys for Plaintiff*

Leah P. VanLandschoot
The Litigation Boutique LLC
1720 S. Bellaire Street, Ste. 520
Denver, Colorado  80222
*Attorneys for Plaintiff*

By:  /s/Karen M. Chenowth
4812-5710-0395, v. 1

2